QUINN EMANUEL URQUHART & SULLIVAN LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Brett Arnold (Bar No. 266740)
brettarnold@quinnemanuel.com
Margaret Shyr (Bar No. 300253)
margaretshyr@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Joseph Milowic III (*pro hac vice forthcoming*)
josephmilowic@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Attorneys for Juicero Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juicero, Inc., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>iTaste Co., a Chinese limited company; Froothie USA LLC, a Delaware limited liability company; and Xiuxing "Leo" Chen, an individual,<br><br>　　　　　Defendants. | CASE NO.  17-cv-1921<br><br>**JUICERO, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. RULE 7.1**<br><br>**DEMAND FOR JURY TRIAL** |

**CORPORATE DISCLOSURE STATEMENT**

Juicero, Inc. ("Juicero") submits the following statement of their corporate interests and affiliations pursuant to Fed. R. Civ. P. Rule 7.1:

Juicero has no parent corporation and there is no publicly held corporation owning 10% or more of Juicero's stock.

DATED:  April 6, 2017           QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                By */s/ Kevin P. B. Johnson*
                                    Kevin P. B. Johnson
                                    Attorney for Juicero Inc.