1  QUINN EMANUEL URQUHART & SULLIVAN LLP
   Kevin P.B. Johnson (Bar No. 177129)
2  kevinjohnson@quinnemanuel.com
   Brett Arnold (Bar No. 266740)
3  brettarnold@quinnemanuel.com
   Margaret Shyr (Bar No. 300253)
4  margaretshyr@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
5  Redwood Shores, California 94065-2139
   Telephone:     (650) 801-5000
6  Facsimile:     (650) 801-5100

7  Joseph Milowic III (*admitted pro hac vice*)
   josephmilowic@quinnemanuel.com
8  51 Madison Ave., 22nd Floor
   New York, NY 10010
9  Telephone:     (212) 849-7000
   Facsimile:     (212) 849-7100

10

11 Attorneys for Juicero Inc.

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15 | JUICERO INC., a Delaware corporation, | CASE NO.  5:17-cv-01921-BLF |
16 | Plaintiff, | **NOTICE OF APPEARANCE** |
17 | vs. | |
18 | iTASTE CO., LTD., a/k/a iTaste Co., Ltd. Shanghai, China and Shanghai iTaste Electronics Technology Co., Ltd., d/b/a Juisir; FROOTHIE USA LLC, a Delaware limited liability company; and XIUXING "LEO" CHEN, an individual, | |
19 | | |
20 | | |
21 | | |
22 | Defendants. | |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Brett J. Arnold of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Juicero Inc.  Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

    Brett J. Arnold (Bar No. 266740)
    brettarnold@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

DATED:  April 17, 2017　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP

　　　　　　　　　　　　　　　　　By _/s/ Brett J. Arnold_
　　　　　　　　　　　　　　　　　   Kevin P. B. Johnson
　　　　　　　　　　　　　　　　　   Joseph Milowic III
　　　　　　　　　　　　　　　　　   Brett J. Arnold
　　　　　　　　　　　　　　　　　   Margaret Shyr
　　　　　　　　　　　　　　　　　   Attorneys for Juicero Inc.