UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JUICERO INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>iTASTE CO., LTD., a/k/a iTaste Co., Ltd. Shanghai, China and Shanghai iTaste Electronics Technology Co., Ltd., d/b/a Juisir; FROOTHIE USA LLC, a Delaware limited liability company; and<br>XIUXING "LEO" CHEN, an individual,<br><br>　　　　　Defendants. | CASE NO.  5:17-cv-01921-BLF<br><br>**[PROPOSED] ORDER GRANTING JUICERO'S MOTION FOR APPROVAL OF COURT-ORDERED SERVICE** |

Before the Court is Plaintiff Juicero Inc.'s Motion for Approval of Court-Ordered Service on defendants iTaste Co., Ltd. and Xiuxing "Leo" Chen (collectively, the "Defendants"). In consideration of the entire record, **IT IS HEREBY ORDERED** that Juicero may effect service on the Defendants using the following three means:

1. Sending the amended complaint and other required materials to Defendants' attorney, Mr. Richard Lehv, at Fross Zelnick, both by email and FedEx at rlehv@fzlz.com and 4 Times Square, 17th Floor, New York, NY 10036;

2. Sending the same materials to Defendants' email addresses: contact@juisir.com, leo@drinks.net.cn, and lixueyan2016@outlook.com; and

3. Sending the same materials through a direct message to Defendants' Facebook account: https://www.facebook.com/juisir.

DATED: _____

Hon. Beth Labson Freeman
United States District Judge