QUINN EMANUEL URQUHART & SULLIVAN LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Brett Arnold (Bar No. 266740)
brettarnold@quinnemanuel.com
Margaret Shyr (Bar No. 300253)
margaretshyr@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Joseph Milowic III (*admitted pro hac vice*)
josephmilowic@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Attorneys for Juicero Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUICERO INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>iTASTE CO., LTD., a/k/a iTaste Co., Ltd. Shanghai, China and Shanghai iTaste Electronics Technology Co., Ltd., d/b/a Juisir; FROOTHIE USA LLC, a Delaware limited liability company; and XIUXING "LEO" CHEN, an individual,<br><br>　　　　　Defendants. | CASE NO.  5:17-cv-01921-BLF<br><br>**JUICERO INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Juicero Inc. ("Juicero") brings this
2  administrative motion for an order to seal certain information filed in connection with Juicero's
3  Motion for a Preliminary Injunction.

**RELIEF REQUESTED**

Juicero requests an order granting its motion to file under seal limited portions of the following documents:

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Juicero's Motion for a Preliminary Injunction | The limited portions highlighted in the unredacted version submitted under seal. | Juicero |
| Declaration of Mike Rosenthal in Support of Juicero's Motion for a Preliminary Injunction | The limited portions highlighted in the unredacted version submitted under seal. | Juicero |

Juicero respectfully asserts that it has established good cause to permit filing these documents under seal through the Declaration of Mike Rosenthal in Support of Juicero's Motion for a Preliminary Injunction ("Rosenthal Dec."), filed contemporaneously with this motion.

**I.    THE GOOD CAUSE STANDARD APPLIES**

Juicero's motion for a preliminary injunction is a non-dispositive filing as it will not resolve the dispute on the merits, but rather seeks preliminary relief until the time that a dispositive motion can be heard or a trial held. Therefore, documents submitted in connection with Juicero's motion may be sealed upon a showing of "good cause" and need not meet the higher "compelling reasons" standard. Fed. R. Civ. P. 26(c); *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

**II.   GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL**

Good cause exists to seal the limited confidential Juicero information included in the documents listed in the chart above, which cover research and marketing expenditures, unit sales data, revenue figures, and strategic research and development plans. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1223 (applying Ninth Circuit law and finding both good cause

*and* compelling reasons standards met in parties' requests to seal confidential sales and financial data). Juicero does not disseminate this information publicly and would suffer significant competitive harm from public disclosure of this financial data. (*See* Rosenthal Dec., ¶ 10.)

Juicero's request is narrowly tailored to seal only the limited financial and strategy information included in its motion and supporting declaration and leaves the bulk of those papers unsealed. No non-confidential information is sought to be sealed.

## **CONCLUSION**

For the foregoing reasons, Juicero respectfully requests that the Court grant this Administrative Motion to File Under Seal or alternatively to provide Juicero an opportunity to remove its confidential information from the record.

DATED: May 19, 2017          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Kevin P.B. Johnson*
   Kevin P. B. Johnson
   Attorney for Juicero Inc.