QUINN EMANUEL URQUHART & SULLIVAN LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Brett Arnold (Bar No. 266740)
brettarnold@quinnemanuel.com
Margaret Shyr (Bar No. 300253)
margaretshyr@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Joseph Milowic III (*admitted pro hac vice*)
josephmilowic@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Attorneys for Juicero Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUICERO INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>iTASTE CO., LTD., a/k/a iTaste Co., Ltd. Shanghai, China and Shanghai iTaste Electronics Technology Co., Ltd., d/b/a Juisir; FROOTHIE USA LLC, a Delaware limited liability company; and<br>XIUXING "LEO" CHEN, an individual,<br><br>　　　　　Defendants. | CASE NO.  5:17-cv-01921-BLF<br><br>**DECLARATION OF BRETT ARNOLD IN SUPPORT OF JUICERO, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Brett Arnold, declare as follows:

1. I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Juicero, Inc. ("Juicero"). I submit this declaration in support of Juicero's Administrative Motion to File Under Seal. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Juicero, Inc. has established good cause to seal in the Declaration of Mike Rosenthal in Support of Juicero, Inc's Motion for a Preliminary Injunction ("Rosenthal Declaration"), which is being filed contemporaneously with this motion to seal. For the convenience of the Court, the portion of the Rosenthal Declaration supporting sealing (paragraph 10) is reproduced below:

> 10. The financial and R&D information highlighted in this declaration is information that Juicero maintains as highly confidential in the ordinary course of business. This information is not shared with other companies. The information is also not widely disseminated even within Juicero but is communicated only on a need-to-know basis among the company's management. Juicero maintains this secrecy to prevent other entities, including potential competitors, suppliers, and vendors, from using the information to Juicero's detriment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2017 at Davis, California.

By  /s/ Brett Arnold
    Brett Arnold

-1-   Case No. 5:17-cv-01921-BLF
DECLARATION OF BRETT ARNOLD IN SUPPORT OF JUICERO, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**Local Rule 5-1(i)(3) Attestation**

I, Kevin P.B. Johnson, am the ECF user whose ID and password are being utilized for the filing of this document.  I attest that Brett Arnold has consented in the filing of this declaration.

Executed on May 19, 2017 at Redwood Shores, CA.

By */s/ Kevin P.B. Johnson*
Kevin P.B. Johnson