QUINN EMANUEL URQUHART & SULLIVAN LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Brett Arnold (Bar No. 266740)
brettarnold@quinnemanuel.com
Margaret Shyr (Bar No. 300253)
margaretshyr@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Joseph Milowic III (*admitted pro hac vice*)
josephmilowic@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:     (212) 849-7100

Attorneys for Juicero Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUICERO INC., a Delaware corporation, | CASE NO.  5:17-cv-01921-BLF |
| Plaintiff, | **DECLARATION OF MIKE ROSENTHAL** |
| vs. | |
| iTASTE CO., LTD., a/k/a iTaste Co., Ltd. Shanghai, China and Shanghai iTaste Electronics Technology Co., Ltd., d/b/a Juisir; FROOTHIE USA LLC, a Delaware limited liability company; and XIUXING "LEO" CHEN, an individual, | |
| Defendants. | |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I Mike Rosenthal, declare as follows:

1. I am currently employed by Juicero, Inc. ("Juicero") and serve as its Chief Financial Officer. I have held that position since September 2015. As part of my responsibilities, I oversee work done in various areas, including finance and accounting. Unless otherwise stated, I have personal knowledge of the facts stated in this declaration, and I could and would competently testify thereto if called as a witness.

2. Juicero was founded in 2013 by Doug Evans. I understand that after his mother died of cancer and his father of heart disease, Doug set out to understand healthy nutrition and devoted his life and career to enhancing access to organic, plant-based nutrition.

3. Doug began work on what is now the Juicero Press from his apartment. Juicero currently operates out of headquarters in San Francisco, with marketing, finance, product operations, hardware and software design, and customer support functions there, as well as facilities for food manufacturing, processing, and packaging, research and development, logistics fulfillment, and warehousing in Los Angeles. Juicero's 120 employees all work to support the Juicero Press product, including preparing high quality, organic produce for the Produce Packs used in the device.

4. The Juicero Press has been the recipient of various awards. It was named a Gold Winner at the 2016 San Francisco Design Awards, it won the Editor's Choice Award at the 2016 Hotel Experience trade show, it received an honorable mention in the Health category at Fast Company's 2016 Innovation by Design Awards, and earned a 2017 Innovation Award from the National Association of College and University Food Service.

5. Juicero has spent substantial resources on designing, developing, and marketing the Juicero Press. Since the beginning of the project, Juicero has spent approximately ▓▓▓▓ on research and development (R&D) personnel and expenses, approximately ▓▓▓▓ on equipment for R&D and manufacturing for the Juicero Press and Produce Packs, and another ▓▓▓▓ in marketing expenses, including advertising, social media, promotional videos, and other outreach activities, as well as marketing-related salaries. Since first shipping the product in May 2016, Juicero has sold more than ▓▓▓▓ of the Juicero Press, generating revenue of ▓▓▓▓

1  ▮▮▮ from sales of both the Juicero Press and the accompanying Produce Packs, and ▮▮▮
2  ▮▮▮

3  6.  The Juicero Press is critically important to Juicero's business, as the Juicero Press
4  and the accompanying Produce Packs are the only products currently sold by Juicero.
5  Competition from the Juisir could therefore not only result in potential lost sales of the Juicero
6  Press, but also lost future sales of Produce Packs over the life of the device, in an amount that
7  cannot be adequately quantified.

8  7.  ▮▮▮
9  ▮▮▮
10 ▮▮▮
11 ▮▮▮
12 ▮▮▮
13 ▮▮▮

14  8.  Consumers primarily buy the Juicero Press to have a countertop juicer that provides
15 fresh, nutritious juice made quickly on site without the need to clean the machine after use.  The
16 prepackaged Produce Packs offer consumers ready-to-press, healthy, organic produce, and are
17 intended to build a mutually beneficial relationship between Juicero Press users and Juicero that
18 will last long after the initial purchase of the Juicero Press.

19  9.  To protect its place in the juicer market, Juicero has taken steps to protect its
20 proprietary information and inventions, including by obtaining U.S. Patent No. 9,493,298 (the
21 "'298 patent").  Juicero has never licensed the '298 patent, or any portion of it, for any reason,
22 including to make, use, sell, or offer to sell any product practicing the patent, or to import any
23 such product.  Nor has Juicero ever been approached by any of the named defendants in this case
24 to license the '298 patent.  Juicero intends to be the sole entity to utilize the invention in the '298
25 patent.

26  10.  The financial and R&D information highlighted in this declaration is information
27 that Juicero maintains as highly confidential in the ordinary course of business.  This information
28 is not shared with other companies.  The information is also not widely disseminated even within

1 Juicero but is communicated only on a need-to-know basis among the company's management. Juicero maintains this secrecy to prevent other entities, including potential competitors, suppliers, and vendors, from using the information to Juicero's detriment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2017 at San Francisco, CA.

By: _____
Mike Rosenthal