QUINN EMANUEL URQUHART & SULLIVAN LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Brett Arnold (Bar No. 266740)
brettarnold@quinnemanuel.com
Margaret Shyr (Bar No. 300253)
margaretshyr@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Joseph Milowic III (*admitted pro hac vice*)
josephmilowic@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Attorneys for Juicero Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUICERO INC., a Delaware corporation, | CASE NO. 5:17-cv-01921-BLF |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| iTASTE CO., LTD., a/k/a iTaste Co., Ltd. Shanghai, China and Shanghai iTaste Electronics Technology Co., Ltd., d/b/a Juisir; FROOTHIE USA LLC, a Delaware limited liability company; and XIUXING "LEO" CHEN, an individual, | |
| Defendants. | |

I declare that I am employed with the law firm of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"), whose address is 555 Twin Dolphin Dr., 5th Fl., Redwood Shores, CA 94065.  I am not a party to this action and I am over the age of eighteen years.

I declare that I caused the following documents to be served pursuant to the Court's order at ECF No. 41:

1. **JUICERO INC.'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT, TRADE DRESS INFRINGEMENT, TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND UNJUST ENRICHMENT, INCLUDING EXHIBITS A-C (ECF NO. 19)**

2. **SUMMONS IN A CIVIL ACTION, ISSUED AS TO ITASTE CO., LTD., (A/K/A ITASTE CO., LTD. SHANGHAI, CHINA AND SHANGHAI ITASTE ELECTRONICS TECHNOLOGY CO., LTD., D/B/A JUISIR) (ECF NO. 25)**

3. **SUMMONS IN A CIVIL ACTION, ISSUED AS TO XUIXING "LEO" CHEN (ECF NO. 26)**

4. **ORDER GRANTING MOTION FOR APPROVAL OF COURT-ORDERED SERVICE (ECF NO. 41)**

5. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

6. **STANDING ORDER RE CIVIL CASES, DISTRICT JUDGE BETH LABSON FREEMAN**

7. **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES, SAN JOSE JUDGES**

I declare that on June 5, 2017, I caused the foregoing documents to be sent using the following means:

1. To Defendants' attorney, Mr. Richard Lehv, at Fross Zelnick Lehrman & Zissu, P.C., by emailing true and correct copies through Quinn Emanuel's electronic mail system to rlehv@fzlz.com;

2. To Defendants' email addresses, by emailing true and correct copies through Quinn Emanuel's electronic mail system to contact@juisir.com, leo@drinks.net.cn, and lixueyan2016@outlook.com;

3. Through a direct message to Defendants' Facebook account: https://www.facebook.com/juisir.

1   I declare that on June 6 2017, I caused the foregoing documents to be deposited with
2  FedEx for overnight delivery to Defendants' attorney, Mr. Richard Lehv, at Fross Zelnick
3  Lehrman & Zissu, P.C., 4 Times Square, 17th Floor, New York, NY 10036.

5   I declare under penalty of perjury that the foregoing is true and correct. Executed in Davis,
6  CA on June 6, 2017.

By _/s/ Brett J. Arnold_____
   Brett J. Arnold