QUINN EMANUEL URQUHART & SULLIVAN LLP

KEVIN P.B. JOHNSON (Bar No. 177129)
kevinjohnson@quinnemanuel.com
BRETT ARNOLD (Bar No. 266740)
brettarnold@quinnemanuel.com
MARGARET SHYR (Bar No. 300253)
margaretshyr@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

JOSEPH MILOWIC III
(*admitted pro hac vice*)
josephmilowic@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

Attorneys for Plaintiff Juicero, Inc.

FENWICK & WEST LLP

J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
KUNYU CHING (CSB No. 292616)
kching@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SHANNON TURNER (CSB No. 310121)
sturner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendants iTaste Co., Ltd., Froothie USA LLC, and Xiuxing "Leo" Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUICERO INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>iTASTE CO., LTD., a/k/a iTaste Co., Ltd. Shanghai, China and Shanghai iTaste Electronics Technology Co., Ltd., d/b/a Juisir; FROOTHIE USA LLC, a Delaware limited liability company; and XIUXING "LEO" CHEN, an individual,<br><br>　　　　　Defendants. | CASE NO.  5:17-cv-01921-BLF<br><br>**JOINT STATEMENT REGARDING ADR PROCEDURE** |

The Parties are still conferring regarding the ADR procedure and intend to inform the Court of their ADR election once all defendants have responded to the amended complaint.

Dated: June 22, 2017　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN LLP

　　　　　　　　　　　　　　　　　By:　*s/ Brett Arnold*
　　　　　　　　　　　　　　　　　　　　Brett Arnold

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　JUICERO, INC.

Dated: June 22, 2017　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　By:　*s/ Jedediah Wakefield*
　　　　　　　　　　　　　　　　　　　　Jedediah Wakefield

　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　iTASTE CO., LTD., FROOTHIE USA LLC, and XIUXING "LEO" CHEN

### **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: June 22, 2017

　　　　　　　　　　　　　　　　　By:　*s/ Brett Arnold*
　　　　　　　　　　　　　　　　　　　　Brett Arnold