QUINN EMANUEL URQUHART & SULLIVAN LLP

KEVIN P.B. JOHNSON (Bar No. 177129)
kevinjohnson@quinnemanuel.com
BRETT ARNOLD (Bar No. 266740)
brettarnold@quinnemanuel.com
MARGARET SHYR (Bar No. 300253)
margaretshyr@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

JOSEPH MILOWIC III
(*admitted pro hac vice*)
josephmilowic@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Attorneys for Plaintiff Juicero, Inc.

FENWICK & WEST LLP

J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
KUNYU CHING (CSB No. 292616)
kching@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SHANNON TURNER (CSB No. 310121)
sturner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Defendants iTaste Co., Ltd., Froothie USA LLC, and Xiuxing "Leo" Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUICERO INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>iTASTE CO., LTD., a/k/a iTaste Co., Ltd. Shanghai, China and Shanghai iTaste Electronics Technology Co., Ltd., d/b/a Juisir; FROOTHIE USA LLC, a Delaware limited liability company; and<br>XIUXING "LEO" CHEN, an individual,<br><br>          Defendants. | CASE NO.  5:17-cv-01921-BLF<br><br>**STIPULATED CASE SCHEDULE AND [PROPOSED] ORDER** |

Pursuant to the Court's order at the July 13, 2017 case management conference and in Docket Number 82, the parties jointly submit the following stipulated case schedule, which includes some modifications to the Patent Local Rules' default deadlines.  The events and dates in bold are those that were previously scheduled by the Court.  (*See* Dkt. 82.)

| Event | Parties' Proposed Schedule |
|---|---|
| Initial Disclosures | Friday, July 14, 2017 |
| **Last Day to Amend Pleadings or Add Parties** | **Tuesday, September 12, 2017** |
| Infringement Contentions and Disclosures (Pat. L.R. 3-2) | Friday, September 22, 2017 |
| Invalidity Contentions and Disclosures (Pat. L.R. 3-3) | Friday, November 17, 2017 |
| Exchange of Terms for Construction (Pat. L.R. 4-1) | Friday, December 1, 2017 |
| Preliminary Claim Constructions (Pat. L.R. 4-2) | Friday, December 22, 2017 |
| Joint Claim Construction and Prehearing Statement (Pat. L.R. 4-3) | Friday, March 30, 2018 |
| Claim Construction Discovery completed by | Friday, April 13, 2018 |
| Opening Claim Construction Brief (Pat. L.R. 4-5) | Friday, April 27, 2018 |
| Responsive Claim Construction Brief (Pat. L.R. 4-5) | Friday, May 11, 2018 |
| Reply to Claim Construction Brief (Pat. L.R. 4-5) | Friday, May 18, 2018 |
| Claims Tutorial | **Friday, June 1, 2018 @ 9:00 am** |
| Claim Construction Hearing | **Friday, June 15, 2018 @ 9:00 am** |

| Event | Parties' Proposed Schedule |
|---|---|
| Damages Contentions (Pat. L.R. 3-8) | Friday, September 7, 2018 |
| Responsive Damages Contentions (Pat. L.R. 3-9) | Friday, October 19, 2018 |
| Fact Discovery completed by | Friday, March 1, 2019 |
| Opening Expert Reports due by | Friday, August 9, 2019 |
| Rebuttal Reports due by | Friday, September 27, 2019 |
| Expert Discovery completed by | Friday, October 25, 2019 |
| **Last Day to Hear Dispositive Motions** | **Thursday, March 19, 2020 @ 9:00 am** |
| **Hearing on *Daubert* Motions** | **Thursday, June 18, 2020 @ 9:00 am** |
| **Final Pretrial Conference** | **Thursday, July 2, 2020 @ 1:30 pm** |
| **Trial** | **Monday, August 10, 2020 @ 9:00 am** |

Dated:   August 8, 2017            QUINN EMANUEL URQUHART & SULLIVAN LLP

                                By:   */s/ Joseph Milowic III*
                                      Joseph Milowic III

                                      Attorneys for Plaintiff
                                      JUICERO, INC.

Dated:   August 8, 2017            FENWICK & WEST LLP

                                By:   */s/ J. David Hadden*
                                      J. David Hadden

                                      Attorneys for Defendants
                                      iTASTE CO., LTD., FROOTHIE USA LLC, and
                                      XIUXING "LEO" CHEN

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: August 8, 2017

By: */s/ Brett Arnold*
    Brett Arnold

**IT IS SO ORDERED.**

DATED: _____

    Hon. Beth Labson Freeman
    United States District Judge