United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JUICERO, INC.,<br>        Plaintiff,<br>    v.<br>ITASTE CO., et al.,<br>        Defendants. | Case No. 17-cv-01921-BLF<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

In light of Plaintiff's recent statement regarding its suspension of operations (https://www.nytimes.com/2017/09/01/technology/juicero-start-up-shuts-down.html?mcubz=0), the Court suspects that at least some of the bases of Plaintiff's irreparable harm arguments may have been eliminated. The Court therefore invites supplemental briefing on this topic. Plaintiff shall file a supplemental brief of no more than five (5) pages by September 11, 2017 regarding the extent to which Plaintiff is, in light of recent developments, likely to suffer irreparable harm in the absence of a preliminary injunction. Defendants may file a responsive brief of no more than three (3) pages by September 14, 2017.

**IT IS SO ORDERED.**

Dated: September 5, 2017

_____
BETH LABSON FREEMAN
United States District Judge