UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUICERO, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>ITASTE CO., et al.,<br><br>        Defendants. | Case No. 17-cv-01921-BLF<br><br>**ORDER RE: REDACTION OF ORDER DENYING JUICERO INC.'S MOTION FOR PRELIMINARY INJUNCTION** |

The Court's Order Denying Juicero Inc.'s Motion for Preliminary Injunction (ECF 100) has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than October 12, 2017 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on October 12, 2017, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: October 5, 2017

_____
BETH LABSON FREEMAN
United States District Judge