**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUICERO, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>ITASTE CO., et al.,<br><br>   Defendants. | Case No. 17-cv-01921-BLF<br><br>**ORDER RESETTING CLAIMS CONSTRUCTION TUTORIAL AND CLAIMS CONSTRUCTION HEARING** |

A claims construction tutorial has been originally set for June 1, 2018. The Court regrets that it is unavailable on the date currently set, and RESETS the claims construction tutorial for **August 30, 2018 at 1:30 P.M.** Accordingly, the claims construction hearing originally set for June 15, 2018 shall be RESET to **September 7, 2018 at 9:00 A.M.**

**IT IS SO ORDERED.**

Dated: December 11, 2017

_____
BETH LABSON FREEMAN
United States District Judge