J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SHANNON TURNER (CSB No. 310121)
sturner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendants iTaste Co., Ltd.,
Froothie USA LLC, and Xiuxing "Leo" Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESH PRESS, LLC<br><br>             Plaintiff,<br><br>        v.<br><br>iTASTE CO., LTD. a/k/a iTaste Co., Ltd. Shanghai, China and Shanghai iTaste Electronics Technology Co., Ltd., d/b/a Juisir; FROOTHIE USA LLC, a Delaware limited liability company; and XIUXING "LEO" CHEN, an individual,<br><br>             Defendants. | Case No.: 5:17-cv-01921-BLF<br><br>**NOTICE OF WITHDRAWAL OF KUNYU CHING AS COUNSEL FOR DEFENDANTS AND [PROPOSED] ORDER PERMITTING WITHDRAWAL**<br><br>Judge:  Hon. Beth Labson Freeman |

NOT. OF WITHDRAWAL                                                                    Case No.: 17-cv-1921-BLF

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 11-5(a), Defendants iTaste Co., Ltd., Froothie USA LLC, and Xiuxing "Leo" Chen ("Defendants") hereby provide notice that Kunyu Ching is no longer associated with the law firm Fenwick & West LLP.  For this reason, Defendants respectfully request that Ms. Ching's appearance in this action be withdrawn, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to kching@fenwick.com and icampos@fenwick.com, and that Kunyu Ching's name be removed from any applicable service lists.  Defendants continue to be represented by other attorneys from Fenwick & West LLP.

Dated:  May 16, 2018

FENWICK & WEST LLP

By: /s/ Shannon Turner
Shannon Turner

Counsel for Defendants
iTaste Co., Ltd., Froothie USA LLC, and
Xiuxing "Leo" Chen

**IT IS SO ORDERED.**

DATED:  May 17, 2018

Hon. Beth Labson Freeman
United States District Judge