| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | FENWICK & WEST LLP |
| KEVIN P.B. JOHNSON (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>BRETT ARNOLD (Bar No. 266740)<br>brettarnold@quinnemanuel.com<br>MARGARET SHYR (Bar No. 300253)<br>margaretshyr@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:    (650) 801-5000<br>Facsimile:    (650) 801-5100 | J. DAVID HADDEN (CSB No. 176148)<br>dhadden@fenwick.com<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:    650.988.8500<br>Facsimile:    650.938.5200<br><br>JEDEDIAH WAKEFIELD (CSB No. 178058)<br>jwakefield@fenwick.com<br>SHANNON TURNER (CSB No. 310121)<br>sturner@fenwick.com |
| JOSEPH MILOWIC III<br>(*admitted pro hac vice*)<br>josephmilowic@quinnemanuel.com<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone:    (212) 849-7000<br>Facsimile:    (212) 849-7100 | FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:    415.875.2300<br>Facsimile:    415.281.1350<br><br>Attorneys for Defendants iTaste Co., Ltd., Froothie USA LLC, and Xiuxing "Leo" Chen |
| Attorneys for Plaintiff Fresh Press, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESH PRESS, LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>iTASTE CO., LTD., a/k/a iTaste Co., Ltd. Shanghai, China and Shanghai iTaste Electronics Technology Co., Ltd., d/b/a Juisir; FROOTHIE USA LLC, a Delaware limited liability company; and XIUXING "LEO" CHEN, an individual,<br><br>  Defendants. | CASE NO.  5:17-cv-01921-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br>**[F.R.C.P. RULE 41(A)(2)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and based on the representations of each and every Defendant that they are not currently making, using, selling, nor offering for sale in the United States, nor importing into the United States, the accused JuLaVie cold press juicer nor any product not colorably different from same, and nor do they have current plans to enter the U.S. market to commercialize any such products, the parties hereby stipulate and jointly move that this Court dismiss this action without prejudice, with each party to bear its own costs and attorneys' fees.

The parties are not waiving any claims or arguments nor acquiescing to any actions of any parties and reserve all rights to pursue these claims (and any others now existing or later arising) in the future.

Dated: July 2, 2020                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                       By:  /s/ Joseph Milowic III
                                            Joseph Milowic III

                                            Attorneys for Plaintiff
                                            FRESH PRESS, LLC


Dated: July 2, 2020                    FENWICK & WEST LLP


                                       By:  /s/ David Hadden
                                            David Hadden

                                            Attorneys for Defendants
                                            iTASTE CO., LTD., FROOTHIE USA
                                            LLC, and XIUXING "LEO" CHEN


### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: July 2, 2020

                                       By:  /s/ Joseph Milowic III
                                            Joseph Milowic III


**IT IS SO ORDERED.**


DATED: _____          _____
                                       Hon. Beth Labson Freeman
                                       United States District Judge